IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                          PLAINTIFF

v.                                      Case No. 1:24-cv-1062

JUDGE SPENCER SINGLETON;
CARLA GIBSON; and
PUBLIC DEFENDER ANDREW BEST                                                   DEFENDANTS

**ORDER**

  Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 19th day of December, 2024.

                   /s/ Susan O. Hickey
                   Susan O. Hickey
                   Chief United States District Judge